# Mirriam Z. Seddiq

Seddiq Law Firm  
PO BOX 1127  
Rockville, MD 20850

301.513.7832  
mirriam.seddiq@seddiqlaw.com

November 27, 2023

Nwamaka C. Anowi, Office of the Clerk  
U.S. Court of Appeals for the Fourth Circuit  
Lewis F. Powell Jr. Courthouse & Annex  
1100 East Main Street, Suite 501  
Richmond, VA 23219

  Re: *United States v. Paul Chance*, Appeal No. 15-4548 (4th Cir.)  
  Notice of Supplemental Authority Under Fed. R. App. P. 28(j)

Dear Ms. Anowi,

On November 16, 2023, the Government submitted a brief letter of supplemental authorities. Specifically, they argue that Mr. Chance's conviction on Count 9 under *Taylor* should be vacated for resentencing. *See United States v. Taylor,* 142 S.Ct. 2015, 213 L.Ed.2d 349 (2022). Counsel for Mr. Chance agrees.

The opening brief in this case was filed by previous counsel on June 10, 2020, almost exactly two years before *Taylor*. Original appellate counsel did not have the benefit of *Taylor*. As a result, the Appellant asks that this Court not find that the argument is waived, vacate Count 9, and remand that count for resentencing.

If the Court wishes the parties to brief this issue more fully, the Appellant asks for additional time to file a supplemental brief.

    Thank you,

    /s/  
    Mirriam